IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEROMY OELKER, and KENNY
CLAUSSEN,

               Plaintiffs,

     vs.

STATE OF NEBRASKA, DOUGLAS
COUNTY/COURT, JUDGE SARA E.
BAUER, and MCGINN-GROFF FARMS,
LLC.,

               Defendants.

**8:26CV287**

**ORDER**

       Plaintiff Jeromy Oelker, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis.  Filing No. 2.  Upon review of Plaintiff's Motion, the Court finds that Plaintiff Jeromy Oelker is financially eligible to proceed in forma pauperis.

       IT IS THEREFORE ORDERED that Plaintiff Jeromy Oelker's motion for leave to proceed in forma pauperis is granted, and Plaintiff Jeromy Oelker is relieved from payment of the filing fees.  Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2).  The Court will conduct this initial review in its normal course of business.

       Dated this 23rd day of June, 2026.

                                  BY THE COURT:

                                  s/ Joseph F. Bataillon
                                  Senior United States District Judge