IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEROMY OELKER, and KENNY CLAUSSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF NEBRASKA, DOUGLAS COUNTY/COURT, JUDGE SARA E. BAUER, and MCGINN-GROFF FARMS, LLC., <br><br> Defendants. | **8:26CV287** <br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. Plaintiffs Jeromy Oelker ("Oelker") and Kenny Claussen ("Claussen") filed a Complaint, Filing No. 1, on June 22, 2026, which only Oelker signed. Plaintiff Oelker also filed a Motion for Leave to Proceed in Forma Pauperis ("IFP"), Filing No. 2, which the Court granted, Filing No. 7. However, Plaintiff Claussen did not sign the Complaint nor did he file a motion seeking leave to proceed IFP. Plaintiff Claussen cannot proceed as a plaintiff in this case if he does not sign the Complaint nor can he proceed without payment of the filing fees unless Claussen submits a separate motion for leave to proceed IFP. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented."); NECivR 3.3(c) ("If more than one person brings a civil action for which leave to proceed in forma pauperis is requested, each plaintiff must file an application[ and] affidavit . . . ."). To the extent Oelker may be attempting to represent, or sign on behalf of, Claussen, he cannot do so. *C.H. by & through Hunt v. Pattonville Sch. Dist.*, No. 4:21-CV-00443-JCH, 2021 WL 4061106, at *2

(E.D. Mo. Sept. 7, 2021) ("A non-attorney pro se litigant may represent him or herself in federal court, but cannot represent another person."); *United States v. Brenton*, No. 8:04CR262, 2007 WL 3124539, at *1 (D. Neb. Oct. 23, 2007) (citing 5A C. Wright & A. Miller, Federal Practice and Procedure § 1333, at 513 & n.15 (2004)) (it is improper for a non-lawyer to sign papers in place of, or to otherwise represent, parties other than themselves).

Accordingly, the Court shall order Plaintiff Claussen to file a signed Complaint in accordance with Federal Rule of Civil Procedure 11 and the Court's Local Rules <u>and</u> either submit the $405.00 filing and administrative fees or a request to proceed in forma pauperis.  This matter cannot proceed until the foregoing deficiencies are corrected. **FAILURE TO CORRECT THE DEFECTS WITHIN 30 DAYS WILL RESULT IN DISMISSAL OF PLAINTIFF CLAUSSEN AS A PARTY TO THIS CASE WITHOUT FURTHER NOTICE**.

IT IS THEREFORE ORDERED that:

1.      Plaintiff Claussen is directed to correct the above-listed technical defects on or before **July 27, 2026**.  To be clear, Plaintiff Claussen must (1) file a signed copy of the Complaint <u>and</u> (2) either pay the $405.00 filing and administrative fees or submit a request to proceed in forma pauperis to the Clerk's office.  Failure to comply with this Memorandum and Order will result in Plaintiff Claussen being dismissed as a party to this case without prejudice and without further notice.

2.      The Clerk of the Court is directed to send to Plaintiff Claussen the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit") and a copy of the Complaint's signature page, Filing No. 1 at 7.

3.      The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **July 27, 2026**: deadline for Claussen to submit signed Complaint and MIFP or payment.

4.      Plaintiffs Oelker and Claussen are both required to sign any joint motion, pleading, or other paper filed with the Court.  Plaintiffs are WARNED that future group motions or pleadings that are not signed by all Plaintiffs shall be stricken pursuant to Federal Rule of Civil Procedure 11(a).

Dated this 25th day of June, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

3