IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEROMY OELKER, and KENNY CLAUSSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF NEBRASKA, DOUGLAS COUNTY/COURT, JUDGE SARA E. BAUER, and MCGINN-GROFF FARMS, LLC., <br><br> Defendants. | **8:26CV287** <br><br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. On June 23, 2026, the Clerk of the Court sent an order to Plaintiffs Jeromy Oelker ("Oelker") and Kenny Claussen ("Claussen") at their last known addresses and it was returned to this Court as undeliverable. *See* Filing No. 9; Filing No. 12. While the Court has resent the order to Claussen at an alternate address, the Court has no forwarding address for Oelker and the order cannot be resent. Plaintiffs have an obligation to keep the Court informed of their current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Oelker's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.      Plaintiff Jeromy Oelker must update his address within 30 days. Failure to do so will result in dismissal of Oelker from this action without further notice to Oelker.

2

2.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **August 10, 2026**: check for Oelker's address.

Dated this 10th day of July, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge