IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEROMY OELKER, and KENNY CLAUSSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF NEBRASKA, DOUGLAS COUNTY/COURT, JUDGE SARA E. BAUER, and MCGINN-GROFF FARMS, LLC., <br><br> Defendants. | **8:26CV287** <br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion.  On June 23, 2026, the Clerk of the Court sent an order to Plaintiff Kenny Claussen ("Claussen") at his last known address and it was returned to this Court as undeliverable.  *See* Filing No. 9.  The Court attempted to resend the order to an alternate address, but that was also returned as undeliverable.  *See* Filing No. 15.  As the Court previously advised when the Court directed Claussen's co-plaintiff, Jeromy Oelker, to update his address, *see* Filing No. 14, Claussen has an obligation to keep the Court informed of his current address at all times.  *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).  This case cannot be prosecuted in this Court if Claussen's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.      Plaintiff Kenny Claussen must update his address no later than **August 10, 2026**.  Failure to do so will result in dismissal of this action without further notice to Claussen.

2

2.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **August 10, 2026**: check for Claussen's address.

Dated this 14th day of July, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge